UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA S. GIACOBBI,

                Plaintiff,        Civil Action No. 16-12789
                                         Magistrate Judge David R. Grand

v.

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
_____/

### OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [18], AND AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

Plaintiff Brenda Giacobbi brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of Defendant Commissioner of Social Security denying her applications for Supplemental Security Income and Widow's Insurance Benefits under the Social Security Act. Currently before the Court are Plaintiff's Motion for Summary Judgment (Doc. #12), Defendant's Cross-Motion for Summary Judgment (Doc. #18) and Supplemental Brief (Doc. #22), as well as the administrative record (Doc. #9).

The parties have consented to my authority pursuant to 28 U.S.C. § 636(c). (Doc. #14). A hearing on the motions was held on May 4, 2017, on the parties' cross-motions for summary judgment. (Doc. #19). On that date, Plaintiff's counsel (Kenneth F. Laritz) appeared in person, while Defendant's counsel (Louis J. George) appeared by telephone.

For the reasons stated on the record, Plaintiff's motion (**Doc. #12**) is **DENIED**,

Defendant's motion (**Doc. #18**) is **GRANTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated: May 4, 2017　　　　　　　　　　　　s/David R. Grand
Ann Arbor, Michigan　　　　　　　　　　　DAVID R. GRAND
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 4, 2017.

　　　　　　　　　　　　　　　　　　　　s/Eddrey O. Butts
　　　　　　　　　　　　　　　　　　　　EDDREY O. BUTTS
　　　　　　　　　　　　　　　　　　　　Case Manager